1  TODD M. FRIEDMAN (CA SBN 216752)
   ADRIAN R. BACON (CA SBN 280332)
2  THOMAS E. WHEELER (CA SBN 308789)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  324 S. Beverly Dr. #725
   Beverly Hills, CA 90212
4  Telephone: (877) 206-4741
   Facsimile: (866) 633-0228
5
   Attorneys for Plaintiff Marisa Lainer
6  and the Putative Class

7  [*DEFENDANT'S COUNSEL ON SIGNATURE PAGE*]

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12

13  MARISA LAINER, individually and        Case No. 15-CV-09925-BRO-MRW
    on behalf of all others similarly
    situated,
14
                                           **STIPULATION OF VOLUNTARY**
                   Plaintiff,              **DISMISSAL**
15
16       vs.

17  UBER TECHNOLOGIES INC.,                Hon. Beverly Reid O'Connell

                   Defendant.
18
                                           Courtroom 14
19

20

21

22

23

24

25

26

27

28

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's Scheduling Notice dated June 30, 2016, Plaintiff Marisa Lainer and Defendant Uber Technologies, Inc., by and through their undersigned counsel, stipulate to dismiss this action in its entirety.  The claims alleged on behalf of Plaintiff Marisa Lainer shall be dismissed with prejudice, and the claims on behalf of the putative class members shall be dismissed without prejudice.  Except as otherwise agreed, each party shall bear her or its own costs and expenses, including attorneys' fees.

Dated:  August 15, 2016          LAW OFFICES OF TODD M. FRIEDMAN, P.C.


By:   ___/s/ Adrian Bacon_____
            Adrian Bacon

***Attorneys for Plaintiff and the Putative Class***

Dated:  August 15, 2016          MORRISON & FOERSTER LLP


By:   ___/s/ Tiffany Cheung_____
            Tiffany Cheung

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

ADAM SEVELL (CA SBN 266428)
ASevell@mofo.com
KELSEY M. STRICKER (CA SBN 300955)
KStricker@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

***Attorneys for Defendant Uber Technologies, Inc.***

1

**ECF ATTESTATION**

I, Adrian Bacon, am the ECF User whose ID and password are being used to file the foregoing document.  In accordance with Local Rule 5-4.3.4, concurrence in the filing of this document has been obtained from counsel for Defendant, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:  August 15, 2016          LAW OFFICES OF TODD M. FRIEDMAN, P.C.


By:  ___/s/ Adrian Bacon_____
         Adrian Bacon

***Attorneys for Plaintiff and the Putative Class***

2